AJ KUTCHINS
State Bar No. 102322
PO Box 5138
Berkeley, California 94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JAMES LAMONT BALDWIN,**

    **Petitioner,**

    vs.                                              No. 09-04749 CW

**DERRAL ADAMS, Warden**

    **Respondent.**
_____/

**[Proposed] ORDER GRANTING FURTHER ENLARGEMENT
OF TIME WITHIN WHICH TO FILE TRAVERSE**

    Having reviewed Petitioner's Unopposed Motion for Enlargement of Time Within Which to File Traverse, and good cause appearing therefor, it is hereby ordered that the time for filing Petitioner's Traverse shall be and is extended to July 13, 2011.

Dated: __6/20/2011_____

                                                HON. CLAUDIA WILKEN
                                                United States District Judge

(Proposed) Order Granting EOT (Traverse)